UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------
UNITED STATES OF AMERICA,

-vs-

ROBERT HOPKINS.,
          Defendants.
----------------------------------------------------

**ORDER**

CR-03-1268(S)-1(FB)

     IT IS HEREBY ORDERED that Michael Young, Esq., the attorney for the defendant on trial be permitted to enter the building with a cell phone and keep it on his person.

SO ORDERED.



UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       October 31, 2005

